IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT of NORTh CAROLINA
RALEigh Division

Dennis-William:LrungSpc

Petitioner

V.

FideLiTy MANAGEMENT &
Research

Respondent

CASE No #

**FILED**

JUL 1 1 2013

JULIE A. RICH... ...LERK
US DISTRIC... ...EDNC
BY _____ DEP CLK

PETITION FOR DAMAGES

Now into court comes Dennis-William:LrungSpc,
the Petitioner, appearing through pro se
representation and filing this Motion for "Damages"
and theft of 6.4 Billion dollars from Petitioner's
Cusip# 316287023, Fidelity Dividend Growth Fund
Diversified, has become the "Victem" of theft
and fraud under Rule 60.

$\underline{2.}$

Petitioner being a _layman_ with _no means_
must bring this _theft_ to the District Court
against all odds to bring Fidelity to Justice
and return all moneys contained in his
Cusip# 316287023, of approximately 6.4 Billion
(see attached)#1) and bring those responsible
to Justice. I request the following "_Discovery_"
and "_Interrogatories_" be answered by Fidelity
Management & Research a part of Fidelity
Investments.

Respectfully Submitted,

Dennis-William; Lving Spc
Authorized Representative
July 9, 2013