IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Civil No# 5:13-CV-00507-BO

FILED

JUL 2 6 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ MH ____DEP CLK

Dennis-William: Irving Spc, )
 )
      Plaintiff, )
 )
vs. )   Complaint
 )      For
 )   Breach Of Contract
Fidelity Management and Research, )
 )
      Defendant. )

Complaint for Breach of Contract

A.   <u>Jurisdiction</u>

This Honorable Court has the jurisdiction under 28 U.S.C. § 1332, because Plaintiff is currently a resident in the state of North Carolina and Defendant currently resides in the state of Massachusetts. Plaintiff states that the amount of loss currently without interest is approximately 6.4 Billion dollars as stated in complaint.

B.   <u>Parties</u>

Plaintiff is an inmate that is incarcerated at LSCI Butner North Carolina and is seeking the return of 6.4 Billion dollars plus interest from Fidelity Management and Research, Fidelity Investments.

Fidelity Management and Research is based out of Boston

Massachusetts and is a billion dollar company, that trades, stocks, bonds, securities worth trillions of dollars domestically and internationally with Fidelity Investments.

Plaintiff states that Fidelity Management and Research has "Breached" the contract that is in relation to Plaintiffs' cusip number #316287023 owned by Plaintiff. A cusip number is an identification number developed and used by all current companies within the financial markets. Its a trademark of Standard and Poors as a identification system to track and locate all transactions within the Market.

C. Terms of Contract

Plaintiff entered into the contract with Fidelity upon information and belief on 4-27-1993. The terms were that Fidelity invest Plaintiffs cusip number and funds approximately initial fund I believe to be $100,000,000 million dollars or more, in Plaintiffs behalf. Plaintiff has been unaware of all transactions since the Fidelity Funds inception date of 4-27-1993.

D. Breach of Contract

Plaintiff recently found his cusip number and has contacted Fidelity trying to locate his account status number. Three separate letters to Fidelity on May 31, 2013, (5031-13 #W-588752-19May13), on July 1, 2013, (7-1-13 #W766008-13 #W766008-13Jun13) and again on July 11, 2013, (7-11-13 #W773764-05Jul13). Plaintiff requested information on his account and has been "Stone Walled" in each instance. All the

2

letters request information on my cusip number and all three letters fail to mention my identification cusip number in response. It is believed that Fidelity is acting on its own behalf and seized my cusip number and funds therein. Without any regard or interest for Plaintiff and is actively transacting on my cusip number daily. Fidelity has breached the contract and now fails to recognize Plaintiff and his account with cusip number worth 6.4 Billion dollars plus interest.

E. <u>Relief Sought</u>

Plaintiff request this Court, order Fidelity Management and Research, Fidelity Investment to release all the information and funds pertaining to Plaintiff's cusip identification number and fund, Fidelity Dividend Growth Fund Diversified #316287023, immediately, plus 7% interest for breach of contract.

Respectfully submitted this 22Nd day of July, 2013.

Dennis-William: Irving Spc
12201-018
LSCI Butner
P.O. Box 999-G/A
Butner, N.C. 27509

3

## CERTIFICATE OF SERVICE

I, Dennis-William: Irving Spc, the Plaintiff in the above "Complaint for Breach of Contract", hereby state under the penalty of perjury, that all the information contained in the Complaint for Breach of Contract is true and accurate to the best of my knowledge and has been placed in the mail box here at LSCI Butner with First Class postage on this day the 22nd of July, 2013.

Respectfully,

Dennis-William: Irving Spc
12201-018
LSCI Butner
P.O. Box 999 - G/A
Butner, N.C. 27509